1  GARY ROYCE, ESQ., SBN 54455
   Law Offices of
2  MODENA & ROYCE
   421 Grand Avenue
3  Grand Executive Building, Suite A
   South San Francisco, California 94080
4  Telephone: (650) 589-3913
   Facsimile: (650) 589-3980
5
   Attorneys for Defendant
6  RISTORANTE BUON GUSTO, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHN DISTRICT OF CALIFORNIA

10

11
   MARSHALL . LOSKOT,                      )  Case No. C-07-5035 EDL
12                                         )
              Plaintiff,                   )  **ANSWER OF DEFENDANT, RISTORANTE**
13                                         )  **BUON GUSTO, INC. TO COMPLAINT FOR**
       vs.                                 )  **INJUNCITVE RELIEF AND DAMAGES**
14                                         )
   RISTORANTE BUON GUSTO, INC., a          )
15 California corporation; MID-PENINSULA,  )
   COALITION BELLE HAVEN, INC., a          )
16 California corporation, et al.          )
              Defendant.                   )
17 _____)

18        Defendant RISTORANTE BUON GUSTO, INC., a California corporation, for itself alone

19 and no others, in answer to the Complaint for Injunctive Relief and Damages in this action,

20 admits, denies, and alleges as follows:

21

22                        **JURISDICTION AND VENUE**

23 1. Paragraph 1 of the Complaint contains allegations of jurisdiction to which an answer is not

24 required.

25 2. In answer to the allegations contained in Paragraph 2 of the Complaint, this answering

26 Defendant admits the same.

27

28                        **GENERAL ALLEGATIONS**

LAW OFFICES OF
MODENA & ROYCE
421 GRAND AVENUE
GRAND EXECUTIVE BUILDING, SUITE A
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL. (650) 589-3913 • FAX. (650) 589-3980

FILED
NOV -7 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  3. In answer to the allegations contained in Pragraph 4 of the Complaint, this answering
2  Defendant states that it has insufficient information and belief to either admit or deny the
3  allegations contained therein, and based upon such lack of information and belief, denies each
4  and every, all and singular, generally and specifically, and conjunctively and disjunctively the
5  allegations contained therein.

6  4. In answer to the allegations contained in Paragraph 5 of the Complaint, this answering
7  Defendant states that it has insufficient information and belief to either admit or deny the
8  allegations contained therein, and based upon such lack of information and belief, denies each
9  and every, all and singular, generally and specifically, and conjunctively and disjunctively the
10  allegations contained therein.

11  5. In answer to the allegations contained in Paragraph 6 of the Complaint, this answering
12  Defendant admits that it is the operator of the facility known as "BUON GUSTO"; with the
13  exception of such admission, this answering Defendant denies each and every, all and singular,
14  generally and specifically, and conjunctively and disjunctively the allegations contained therein.
15  6. In answer to the allegations contained in Paragraph 7 of the Complaint, this answering
16  Defendant admits that it is the owner of "BUON GUSTO" and with the exception of such
17  admission, this answering Defendant denies each and every, all and singular, generally and
18  specifically, and conjunctively and disjunctively the allegations contained therein.

19  7. In answer to the allegations contained in Paragraph 8 of the Complaint, this answering
20  Defendant denies each and every, all and singular, generally and specifically, and conjunctively
21  and disjunctively the allegations contained therein.

22  8. In answer to the allegations contained in Paragraph 9 of the Complaint, this answering
23  Defendant states that is has insufficient information and belief to either admit or deny the
24  allegations contained therein, and based u Americans with Disabiloites Act of 1990, 42 U.S.C.
25  §12101 et seq.
26  pon such lack of information and belief, denies each and every, all and singular, generally and
27  specifically, and conjunctively and disjunctively the allegations contained therein.
28  9. In answer to the allegations contained in Paragraph 10, this answering Defendant denies each

ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCITVE RELIEF AND DAMAGES

and every, all and singular, generally and specifically and conjunctively and disjunctively the allegations contained therein.

10. In answer to the allegations contained in Paragraph 11, this answering Defendant admits that it is the operator of "BUON GUSTO" and, with the exception of such admission, denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein.

11. In answer to the allegations contained in Paragraph 12 of the Complaint, this answering Defendant states that is has insufficient information and belief to either admit or deny the allegations contained therein, and based upon such lack of information and belief, denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein.

12. In answer to the allegations contained in Paragraph 13 of the Complaint, this answering Defendant  states that is has insufficient information and belief to either admit or deny the allegations contained therein, and based upon such lack of information and belief, denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein.

13. In answer to the allegations contained in Paragraph 14 of the Complaint,  this answering Defendant  states that is has insufficient information and belief to either admit or deny the allegations contained therein, and based upon such lack of information and belief, denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein.

14. In answer to the allegations contained in Paragraph 15 of the Complaint, this answering denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein.

15. In answer to the allegations contained in Paragraph 16 of the Complaint, this answering Defendant denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein, and further denies that Plaintiff has been damaged as prayed or damaged at all.

LAW OFFICES OF
MODENA & ROYCE
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL. (650) 589-3913 • FAX: (650) 589-3980

ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCITVE RELIEF AND DAMAGES

**FIRST CAUSE OF ACTION**

16. In answer to the allegations contained in Paragraph 17 of the First Cause of Action, this answering Defendant repeats, repleads, and realleges it answer to the allegations contained in paragraphs 1 through 16 of the Compalint and incorporates such allegations herein as if set forth in full and entirety herein.

17. In answer to the allegations contained in Paragraph 18 of the Complaint, said allegations are conclusions of law to which an answer is not required.

18. . In answer to the allegations contained in Paragraph 19 of the Complaint, said allegations are conclusions of law to which an answer is not required.

19. In answer to the allegations contained in Paragraph 20 of the Complaint, said allegations are conclusions of law to which an answer is not required.

20. In answer to the allegations contained in Paragraph 21 of the Complaint, said allegations are conclusions of law to which an answer is not required

21. In answer to the allegations contained in Paragraph 23 of the Complaint, said allegations are conclusions of law to which an answer is not required. As to the allegations relating to the acts of Defendant, this answering Defendant denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein.

22. In answer to the allegations contained in Paragraph 24 of the Complaint, said allegations are conclusions of law to which an answer is not required.

23. In answer to the allegations contained in Pragraph 25 of the Complaint, this answering Defendant states that it has insufficient information and belief to either admit or deny the allegations contained therein, and based upon such lack of information and belief, denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein.

24. In answer to the allegations contained in Paragraph 26 of the Complaint, said allegations are conclusions of law to which an answer is not required.

25. In answer to the allegations contained in Paragraph 27 of the Complaint, said allegations are conclusions of law to which an answer is not required. As to the allegations relating to the acts

LAW OFFICES OF
**MODENA & ROYCE**
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL: (650) 589-3913 • FAX: (650) 589-3980

ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCITVE RELIEF AND DAMAGES

1  of Defendant, this answering Defendant denies each and every, all and singular, generally and

2  specifically, and conjunctively and disjunctively the allegations contained therein.

3  26.  In answer to the allegations contained in Pragraph 28 of the Complaint, this answering

4  Defendant states that it has insufficient information and belief to either admit or deny the

5  allegations contained therein, and based upon such lack of information and belief, denies each

6  and every, all and singular, generally and specifically, and conjunctively and disjunctively the

7  allegations contained therein.

8  27.  In answer to the allegations contained in Paragraph 29 of the Complaint, this answering

9  Defendant states that it has insufficient information and belief to either admit or deny the

10  allegations contained therein, and based upon such lack of information and belief, denies each

11  and every, all and singular, generally and specifically, and conjunctively and disjunctively the

12  allegations contained therein.

13  28.  In answer to the allegations contained in Paragraph 30 of the Complaint, this answering

14  Defendant states that it has insufficient information and belief to either admit or deny the

15  allegations contained therein, and based upon such lack of information and belief, denies each

16  and every, all and singular, generally and specifically, and conjunctively and disjunctively the

17  allegations contained therein.

18  29.  In answer to the allegations contained in Paragraph 31 of the Complaint, this answering

19  Defendant  denies each and every, all and singular, generally and specifically, and conjunctively

20  and disjunctively the allegations contained therein.

21  30.  In answer to the allegations contained in Paragraph 32 of the Complaint, this answering

22  Defendant denies each and every, all and singular, generally and specifically, and conjunctively

23  and disjunctively the allegations contained therein.

24  31.  In answer to the allegations contained in Paragraph 33 of the Complaint, said allegations are

25  conclusions of law to which an answer is not required.  To the extent that Plaintiff alleges that he

26  sustained damages, this answering Defendant denies each and every, all and singular, generally

27  and specifically, and conjunctively and disjunctively the allegations contained therein, and

28  further denies that Plaintiff has been damaged as prayed or damaged at all.

LAW OFFICES OF
**MODENA & ROYCE**
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL: (650) 589-3913 ▪ FAX: (650) 589-3980

## SECOND CAUSE OF ACTION

32. In answer to the allegations contained in Paragraph 34 of the Second Cause of Action, this answering Defendant repeats, repleads, and realleges it answer to the allegations contained in paragraphs 1 through 33 of the Compalint and incorporates such allegations herein as if set forth in full and entirety herein.

33. . In answer to the allegations contained in Paragraph 35 of the Complaint, said allegations are conclusions of law to which an answer is not required.

34. In answer to the allegations contained in Paragraph 36 of the Complaint, this answering Defendant states that it has insufficient information and belief to either admit or deny the allegations contained therein, and based upon such lack of information and belief, denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein.

35. In answer to the allegations contained in Paragraph 37 of the Complaint, this answering Defendant states that it has insufficient information and belief to either admit or deny the allegations contained therein, and based upon such lack of information and belief, denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein.

36. In answer to the allegations contained in Paragraph 38, this answering Defendant admists the same.

37. . In answer to the allegations contained in Paragraph 39 of the Complaint, this answering Defendant states that it has insufficient information and belief to either admit or deny the allegations contained therein, and based upon such lack of information and belief, denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the allegations contained therein.

38. In answer to the allegations contained in Paragraph 40 of the Complaint, this answering Defendant states that it has insufficient information and belief to either admit or deny the allegations contained therein, and based upon such lack of information and belief, denies each and every, all and singular, generally and specifically, and conjunctively and disjunctively the

C-07-5035

ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCITVE RELIEF AND DAMAGES

LAW OFFICES OF
**MODENA & ROYCE**
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL. (650) 589-3913 ■ FAX. (650) 589-3980

1  allegations contained therein.

2  39. In answer to the allegations contained in Paragraph 41 of the Complaint, said allegations are

3  conclusions of law to which an answer is not required.

4  40. In answer to the allegations contained in Paragraph 42 of the Complaint, this answering

5  Defendant states that it has insufficient information and belief to either admit or deny the

6  allegations contained therein, and based upon such lack of information and belief, denies each

7  and every, all and singular, generally and specifically, and conjunctively and disjunctively the

8  allegations contained therein.

9  41. In answer to the allegations contained in Paragraph 43 of the Complaint, this answering

10  Defendant states that it has insufficient information and belief to either admit or deny the

11  allegations contained therein, and based upon such lack of information and belief, denies each

12  and every, all and singular, generally and specifically, and conjunctively and disjunctively the

13  allegations contained therein.

14  42. In answer to the allegations contained in Paragraph 44 of the Complaint, this answering

15  Defendant states that it has insufficient information and belief to either admit or deny the

16  allegations contained therein, and based upon such lack of information and belief, denies each

17  and every, all and singular, generally and specifically, and conjunctively and disjunctively the

18  allegations contained therein.

19  43. In answer to the allegations contained in Paragraph 45 of the Complaint, this answering

20  Defendant states that it has insufficient information and belief to either admit or deny the

21  allegations contained therein, and based upon such lack of information and belief, denies each

22  and every, all and singular, generally and specifically, and conjunctively and disjunctively the

23  allegations contained therein.

24  44. In answer to the allegations contained in Paragraph 46 of the Complaint, this answering

25  Defendant states that it has insufficient information and belief to either admit or deny the

26  allegations contained therein, and based upon such lack of information and belief, denies each

27  and every, all and singular, generally and specifically, and conjunctively and disjunctively the

28  allegations contained therein and further denies that Plaintiff has been damaged as prayed or

LAW OFFICES OF
MODENA & ROYCE
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL. (650) 589-3913 • FAX. (650) 589-3980

ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCITVE RELIEF AND DAMAGES

1  damaged at all.

2  45.    In answer to the allegations contained in Paragraph 47 of the Complaint, this answering

3  Defendant denies each and every, all and singular, generally and specifically, and conjunctively

4  and disjunctively the allegations contained therein, and further denies that Plaintiff has been

5  damaged as prayed or damaged at all

6  46.  .    In answer to the allegations contained in Paragraph 48 of the Complaint, this answering

7  Defendant denies each and every, all and singular, generally and specifically, and conjunctively

8  and disjunctively the allegations contained therein.

9  47. In answer to the allegations contained in Paragraph 49 of the Complaint, this answering

10  Defendant denies each and every, all and singular, generally and specifically, and conjunctively

11  and disjunctively the allegations contained therein, and further denies that Plaintiff has been

12  damaged as prayed or damaged at all.

13  48 In answer to the allegations contained in Paragraph 50  of the Complaint, this answering

14  Defendant denies each and every, all and singular, generally and specifically, and conjunctively

15  and disjunctively the allegations contained therein, and further denies that Plaintiff has been

16  damaged as prayed or damaged at all.

17

18                                    **THIRD CAUSE OF ACTION**

19  49. In answer to the allegations contained in Paragraph 51 of the Third Cause of Action, this

20  answering Defendant repeats, repleads, and realleges it answer to the allegations contained in

21  paragraphs 1 through 50 of the Compalint and incorporates such allegations herein as if set forth

22  in full and entirety herein.

23  50. In answer to the allegations contained in Paragraph 52 of the Complaint, this answering

24  Defendant states that it has insufficient information and belief to either admit or deny the

25  allegations contained therein, and based upon such lack of information and belief, denies each

26  and every, all and singular, generally and specifically, and conjunctively and disjunctively the

27  allegations contained therein.

28  51. In answer to the allegations contained in Paragraph 53 of the Complaint, this answering

LAW OFFICES OF
**MODENA & ROYCE**
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL. (650) 589-3913 • FAX: (650) 589-3980

C-07-5035
ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCITVE RELIEF AND DAMAGES

1  Defendant states that it has insufficient information and belief to either admit or deny the
2  allegations contained therein, and based upon such lack of information and belief, denies each
3  and every, all and singular, generally and specifically, and conjunctively and disjunctively the
4  allegations contained therein.

5  52. In answer to the allegations contained in Paragraph 54 of the Complaint, this answering
6  Defendant states that it has insufficient information and belief to either admit or deny the
7  allegations contained therein, and based upon such lack of information and belief, denies each
8  and every, all and singular, generally and specifically, and conjunctively and disjunctively the
9  allegations contained therein.

10  53. In answer to the allegations contained in Paragraph 55 of the Complaint, this answering
11  Defendant denies each and every, all and singular, generally and specifically, and conjunctively
12  and disjunctively the allegations contained therein, and further denies that Plaintiff has been
13  damaged as prayed or damaged at all.

14  54. In answer to the allegations contained in Paragraph 56 of the Complaint, this answering
15  Defendant denies each and every, all and singular, generally and specifically, and conjunctively
16  and disjunctively the allegations contained therein, and further denies that Plaintiff has been
17  damaged as prayed or damaged at all.

18  55. In answer to the allegations contained in Paragraph 57 of the Complaint, this answering
19  Defendant denies each and every, all and singular, generally and specifically, and conjunctively
20  and disjunctively the allegations contained therein, and further denies that Plaintiff has been
21  damaged as prayed or damaged at all.

22  56. . In answer to the allegations contained in Paragraph 58 of the Complaint, this answering
23  Defendant denies each and every, all and singular, generally and specifically, and conjunctively
24  and disjunctively the allegations contained therein.

25  57. . In answer to the allegations contained in Paragraph 59of the Complaint, said allegations
26  are conclusions of law to which an answer is not required.

27  58.   In answer to the allegations contained in Paragraph 60 of the Complaint, .this answering
28  Defendant denies each and every, all and singular, generally and specifically, and conjunctively

- 9 -                                    C-07-5035

ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCITVE RELIEF AND DAMAGES

LAW OFFICES OF
**MODENA & ROYCE**
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL: (650) 589-3913 • FAX (650) 589-3980

1   and disjunctively the allegations contained therein.

2   59. In answer to the allegations contained in Paragraph 61 of the Complaint, this answering

3   Defendant denies each and every, all and singular, generally and specifically, and conjunctively

4   and disjunctively the allegations contained therein.

5   60. In answer to the allegations contained in Paragraph 62 of the Complaint, this answering

6   Defendant denies each and every, all and singular, generally and specifically, and conjunctively

7   and disjunctively the allegations contained therein, and further denies that Plaintiff has been

8   damaged as prayed or damaged at all.

9   61. In answer to the allegations contained in Paragraph 63 of the Complaint, this answering

10  Defendant denies each and every, all and singular, generally and specifically, and conjunctively

11  and disjunctively the allegations contained therein, and further denies that Plaintiff has been

12  damaged as prayed or damaged at all.

13

14                      **FOURTH CAUSE OF ACTION**

15  62. In answer to the allegations contained in Paragraph 64 of the Fourth  Cause of Action, this

16  answering Defendant repeats, repleads, and realleges it answer to the allegations contained in

17  paragraphs 1 through 63 of the Compalint and incorporates such allegations herein as if set forth

18  in full and entirety herein.

19  63. In answer to the allegations contained in Paragraph 65 of the Complaint, this answering

20  Defendant denies each and every, all and singular, generally and specifically, and conjunctively

21  and disjunctively the allegations contained therein.

22  64. In answer to the allegations contained in Paragraph 66 of the Complaint, said allegations are

23  conclusions of law to which an answer is not required.

24  65. In answer to the allegations contained in Paragraph 67 of the Complaint, said allegations are

25  conclusions of law to which an answer is not required.

26  66. In answer to the allegations contained in Paragraph 68 of the Complaint, this answering

27  Defendant denies each and every, all and singular, generally and specifically, and conjunctively

28  and disjunctively the allegations contained therein, and further denies that Plaintiff has been

LAW OFFICES OF
**MODENA & ROYCE**
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL. (650) 589-3913 • FAX (650) 589-3980

- 10 -                                              C-07-5035

1  damaged as prayed or damaged at all.

2

3                                    **PRAYER**

4  67.  This answering Defendant denies that Plaintiff is entitled to any of the relief sought in

5  Paragraphs 1 through 7 contained in the Prayer For Relief of the Complaint.

6

7                         **FIRST AFFIRMATIVE DEFENSE**

8  68.  This answering Defendant alleges that Plaintiff's Complaint fails to state facts sufficient to

9  constitute a cause of action against this answering Defendant.

10

11                       **SECOND AFFIRMATIVE DEFENSE**

12  69.  This answering Defendant alleges there are insufficient facts sufficient to constitute a claim

13  for exemplary or punitive damages.  Moreover, any wqard of punitive damages in this case

14  would violate Defendant's due process and other constitutional rights.

15

16                         **THRID AFFIRMATIVE DEFENSE**

17  70.  This answering Defendant alleges that Plaintiff's calim for damages is barred by his failure

18  to mitigate his damages.

19

20                       **FOURTH AFFIRMATIVE DEFENSE**

21  71.  This answering Defendant alleges that to the extent other parties to this action, or persons or

22  entitles unknown at this time, are found to be at fault in any degree in this matter, Defendant

23  shall be entitled to contribution, indemnity and/or fair apportionment of fault pursuant to

24  applicable law.

25

26                         **FIFTH AFFIRMATIVE DEFENSE**

27  72.  This answering Defendant alleges that Plaintiff's own lack of good faith, carelenssness,

28  negligence, gross negligence, recklessness, and intentioanl misconduct proximtely contributed to

                                         - 11 -                                    C-07-5035

ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCITVE RELIEF AND DAMAGES

LAW OFFICES OF
**MODENA & ROYCE**
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL: (650) 589-3913 • FAX: (650) 589-3980

1 and caused the injury alleged in the Compliant, if any there was. To the extent that Plaintiff

2 caused or contributed to his own damages, if any, Defendant is entitled to have any damages

3 assessed against it abated, reduced or eliminated.

4

5 **SIXTH AFFIRMATIVE DEFENSE**

6 73. This answering Defendant alleges that Plainitt's claims are barred by and to the extent that

7 Plaintiff has unclean hands.

8

9 **SEVENTH AFFIRMATIVE DEFENSE**

10 74. This answering Defendant alleges that there has been no violation of statute because the

11 conditions complained of at the subject business establishment were not discriminatory but

12 caused by the structure of the building, and the accomodation Plaintiff's seeks would require

13 construction, alteration, or structural modification of the building in which the subject business

14 establishment is located.

15

16 **EIGHTH  AFFIRMATIVE DEFENSE**

17 75. This answering Defendant alleges that there has been no violation of law because the

18 accommodation Plaintiff seeks would require construction, alteration, or structural modification

19 of the subject building that is not readily achievable within the meaning of the Americans with

20 Disabiloites Act of 1990, 42 U.S.C. §12101 et seq.

21

22 **NINTH AFFIRMATIVE DEFENSE**

23 76. This answering Defendant alleges that there has been no vilolation of law because the

24 accommodation Plaintiff seeks would require construction, alteration, or structural modification

25 of the subject building that is an undue hardship within the meaning of the Americans with

26 Disabilites Act of 1990, 42 U.S.C. §12101 et seq.

27

28 WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCITVE RELIEF AND DAMAGES

LAW OFFICES OF
**MODENA & ROYCE**
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL: (650) 589-3913 • FAX: (650) 589-3980

1  1.  That Plaintiff take nothing by way of his Complaint;

2  2.  That judgment be entered in favor of Defendant and against Plaintiff and that this action be

3  dismissed in its entirety;

4  3.  That Defendant be awarded costs of suit, including reasonable attorney fees; and,

5  4.  For such other and further relief as this Honorable Court may deem fair and reasonable.

6

7

8

9

10  Dated: November 2, 2007                    Respectfully submitted,

11                                             Law Offices of
                                               MODENA & ROYCE
12

13                                             By:  _____
                                                    GARY ROYCE, ESQ.
14                                                  Attorneys for Defendant
                                                    RISTORANTE BUON GUSTO, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 13 -                    C-07-5035

ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCITVE RELIEF AND DAMAGES

LAW OFFICES OF
MODENA & ROYCE
GRAND EXECUTIVE BUILDING, SUITE A
421 GRAND AVENUE
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TEL. (650) 589-3913 ▪ FAX. (650) 589-3980

## PROOF OF SERVICE

I, SANDY BARNES, hereby declare as follows:

I am employed in the County of San Mateo, California.  I am over the age of eighteen (18) years and not a party to the within cause; my business address is    421 Grand Avenue, Suite A, South San Francisco, California.

On November 7, 2007 I served the within documents:

**ANSWER OF DEFENDANT, RISTORANTE BUON GUSTO, INC. TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

_____          by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

___X___          by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at South San Francisco, California addressed as set forth below.

_____          by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

_____          by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

JASON K. SINGLETON, ESQ.
Singleton Law Group
611 "L" Street, Suite A
Eureka CA 95501

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


SANDY BARNES