1  **PAHL & McCAY**
   A Professional Corporation
2  **Karen K. McCay, Esq.** (State Bar No. 187664)
   **Ginger L. Sotelo, Esq.** (State Bar No. 210429)
3  225 West Santa Clara Street
   Suite 1500
4  San Jose, California 95113-1700
   Telephone No.: (408) 286-5100
5  Facsimile No.: (408) 286-5722

6  Attorneys for Defendant
   MID-PENINSULA COALITION
7  BELLE HAVEN, INC.

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  MARSHALL LOSKOT,                )   Case No. C075035 EDL
                                    )
12         Plaintiff,                )   **STIPULATION FOR EXTENSION
                                    )   OF TIME TO ANSWER
13  v.                              )   PLAINTIFFS' COMPLAINT**
                                    )
14  RISTORANTE BUON GUSTO,          )   [F.R.C.P. Rule 12(a)]
    INC., a California corporation, dba )
15  BUON GUSTO, MID-PENINSULA       )
    COALITION BELLE HAVEN, INC.,    )
16  a California corporation, and DOES 1 )
    through 50, inclusive,          )
17                                  )
           Defendants.              )
18  _____)

19         IT IS HEREBY STIPULATED by and through Plaintiff MARSHALL LOSKOT

20  ("Plaintiff"), on the one hand, and Defendant MID-PENINSULA COALITION BELLE

21  HAVEN, INC. ("Defendant"), on the other hand, as follows:

22         1.      On September 7, 2007, Plaintiff filed a Complaint for Injunctive Relief and

23  Damages ("Complaint") in the above-captioned matter in the United States District Court,

24  Northern District of California.

25         2.      On October 4, 2007, Plaintiff served Defendant with the Summons and

26  Complaint in this action.

27         3.      The deadline for Defendant to respond to the Complaint is October 24,

28  2007. Defendant has requested that Plaintiff allow for an extension of time for Defendant

Pahl & McCay
A Professional Corp.
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA 95113
(408) 286-5100

2183.028
00102831.WPD

-------------------                    1                    -------------------
**STIPULATION FOR EXTENSION OF TIME**                              (Case No. C075035 EDL)

to respond to the Complaint. Plaintiff has agreed to a twenty-eight (28) day extension for Defendant to respond to the Complaint from October 24, 2007 to November 21, 2007.

4. Pursuant to Federal Rules of Civil Procedure, Rule 12(a), and Civil Local Rule 6-1(a), the parties may stipulate in writing, without Court Order, to extend the time within which to answer a complaint.

5. By signing below, Plaintiff and Defendant represent that they have stipulated to extend the time within which Defendant may respond to Plaintiff's Complaint up to and including November 21, 2007.

DATED: October ____, 2007                SINGLETON LAW GROUP


By: _____
Jason K. Singleton

Attorneys for Plaintiff
MARSHALL LOSKOT

DATED: ~~October~~ November 7, 2007                PAHL & McCAY


By: _____
Ginger L. Sotelo

Attorneys for Defendants
MID-PENINSULA COALITION BELLE HAVEN, INC.

Pahl & McCay
A Professional Corp.
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA 95113
(408) 286-5100

2183.028
00102831.WPD

2
STIPULATION FOR EXTENSION OF TIME                (Case No. C075035 EDL)

to respond to the Complaint. Plaintiff has agreed to a twenty-eight (28) day extension for Defendant to respond to the Complaint from October 24, 2007 to November 21, 2007.

4. Pursuant to Federal Rules of Civil Procedure, Rule 12(a), and Civil Local Rule 6-1(a), the parties may stipulate in writing, without Court Order, to extend the time within which to answer a complaint.

5. By signing below, Plaintiff and Defendant represent that they have stipulated to extend the time within which Defendant may respond to Plaintiff's Complaint up to and including November 21, 2007.

DATED: October 31, 2007          SINGLETON LAW GROUP

                                 By: _____
                                     Jason K. Singleton
                                 Attorneys for Plaintiff
                                 MARSHALL LOSKOT

DATED: October ___, 2007         PAHL & McCAY

                                 By: _____
                                     Ginger L. Sotelo
                                 Attorneys for Defendants
                                 MID-PENINSULA COALITION BELLE
                                 HAVEN, INC.

Pahl & McCay
A Professional Corp.
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA 95113
(408) 286-5100

2183.028
00102831.WPD

STIPULATION FOR EXTENSION OF TIME                    (Case No. C07-5035 EDL)

2