**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | Case No. C-07-5035 EDL |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |
| v. | |
| **RISTORANTE BUON GUSTO, INC.,** a California corporation, dba BUON GUSTO, **MID-PENINSULA COALITION BELLE HAVEN, INC.,** a California corporation, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

Plaintiff MARSHALL LOSKOT and Defendants RISTORANTE BUON GUSTO, INC., dba BUON GUSTO, MID-PENINSULA COALITION BELLE HAVEN, INC. (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, including all Cross-actions, each party to bear their own attorney fees and costs.

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action in its entirety, with prejudice.

**SINGLETON LAW GROUP**

Dated: February 25, 2008        /s/ Jason K. Singleton
                                JASON K. SINGLETON, Attorney for Plaintiff,
                                MARSHALL LOSKOT

**MODENA & ROYCE**

Dated: January 24, 2008         /s/ Gary Royce
                                GARY ROYCE, Attorney for Defendants
                                RISTORANTE BUON GUSTO, INC.

**PAHL & McCAY**

Dated: February 19, 2008        /s/ Ginger L. Sotelo
                                GINGER L. SOTELO, Attorney for Defendants
                                MID-PENINSULA COALITION BELLE HAVEN, INC.

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs RISTORANTE BUON GUSTO, et al.</u>, Case Number C-07-5035 EDL, is dismissed in its entirety, with prejudice, with each party to bear his or her own attorneys fees and costs.

Dated: _____        _____
                                     ELIZABETH D. LAPORTE
                                     UNITED STATES MAGISTRATE JUDGE