**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | Case No. C-07-5035 EDL |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |
| v. | |
| **RISTORANTE BUON GUSTO, INC.**, a California corporation, dba **BUON GUSTO, MID-PENINSULA COALITION BELLE HAVEN, INC.**, a California corporation, and **DOES ONE to FIFTY, inclusive,** | |
| Defendants. | |

Plaintiff MARSHALL LOSKOT and Defendants RISTORANTE BUON GUSTO, INC., dba BUON GUSTO, MID-PENINSULA COALITION BELLE HAVEN, INC. (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, including all Cross-actions, each party to bear their own attorney fees and costs.

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action in its entirety, with prejudice.

**SINGLETON LAW GROUP**

Dated: February 25, 2008    /s/ Jason K. Singleton
JASON K. SINGLETON, Attorney for Plaintiff,
MARSHALL LOSKOT

**MODENA & ROYCE**

Dated: January 24, 2008    /s/ Gary Royce
GARY ROYCE, Attorney for Defendants
RISTORANTE BUON GUSTO, INC.

**PAHL & McCAY**

Dated: February 19, 2008    /s/ Ginger L. Sotelo
GINGER L. SOTELO, Attorney for Defendants
MID-PENINSULA COALITION BELLE HAVEN, INC.

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs RISTORANTE BUON GUSTO, et al.</u>, Case Number C-07-5035 EDL, is dismissed in its entirety, with prejudice, with each party to bear his or her own attorneys fees and costs.

Dated: February 28, 2008

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED / Judge Elizabeth D. Laporte*